COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



NOTICE OF ORDER ON MOTION

Cause number: 01-12-01161-CV

Style: Michael D. Lesem

 **v** Liane June Lesem

Date motion filed*: February 13, 2013

Type of motion: Motion to Extend Time to File Appellant's Brief

Party filing motion: Appellant

Document to be filed: Appellant's brief

If motion to extend time:

  Deadline to file document: February 21, 2013

  Number of previous extensions granted: 0

  Length of extension sought: 

Texas Rule of Appellate Procedure 34.5(b) provides that any party may file with the trial court clerk a written designation specifying items to be included in the record at any time before the clerk's record is prepared. *See* TEX. R. APP. P. 34.5(b). The clerk's record was filed in this appeal on December 21, 2012. The appellant indicates that a supplemental record was requested on January 17, 2013. *See* TEX. R. APP. P. 34.5(b)(4). Although we will not refuse to file a supplemental clerk's record because of a failure to timely request the inclusion of supplemental items, an untimely request for supplemental items does not render the record incomplete. *See* TEX. R. APP. P. 38.6(a). Nonetheless, because this is appellant's first request for an extension of time to file a brief, and because the request is unopposed, we GRANT appellant's motion for extension. Appellant's deadline is extended to March 25, 2013.

Judge's signature: /s/ Justice Evelyn V. Keyes

   ☑ Acting individually ☐ Acting for the Court

   Panel consists of _____.

Date: March 12, 2013

November 7, 2008 Revision